♦AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 1

# UNITED STATES DISTRICT COURT

              SOUTHERN              District of            FLORIDA

UNITED STATES OF AMERICA                    **JUDGMENT IN A CRIMINAL CASE**
            V.                              (For Organizational Defendants)

LANDSTAR TECH COMPANY, LTD.                 CASE NUMBER:        10-20246-CR-JORDAN-2

                                            Robert Targ, Esq.
                                            Defendant Organization's Attorney

**THE DEFENDANT ORGANIZATION:**

X   pleaded guilty to count(s)   One of the Information.

☐   pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐   was found guilty on count(s) _____
    after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 50 U.S.C., §1705 | Conspiracy to violate the International Emergency Economic Powers Act. | January 27, 2010 | One |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.

☐   The defendant organization has been found not guilty on count(s) _____

☐   Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

_____
_____
_____
_____

Defendant Organization's Mailing Address:

_____
_____

8/27/10
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Adalberto Jordan, United States District Judge
Name and Title of Judge

10-29-10 *
Date

\* This judgment is being issued on the *[of the]* judgment form for organizational defendants.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

DEFENDANT ORGANIZATION:
CASE NUMBER:

Judgment—Page 2 of 4

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

One Year Probation.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2B — Probation

Judgment—Page __3__ of __4__

DEFENDANT ORGANIZATION:    LANDSTAR TECH COMPANY, LTD.
CASE NUMBER:    10-20246-CR-JORDAN-2

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of probation:

COMPLIANCE PLAN REQUIREMENT:    The defendant corporation shall establish and maintain a written compliance and training plan designed to ensure compliance with applicable local, state, and federal laws and to prevent a recurrence of the instant offense. This plan must be filed with the Court by the defendant corporation prior to ht e reactivation of the corporation.

FINANCIAL DISCLOSURE REQUIREMENT:    During the term of probation, the defendant corporation shall take full and complete disclosure of its business finances/financial records, as required by the U.S. probation Officer. The defendant corporation shall submit to an audit of its business financial records as requested by the U.S. Probation Officer.

MAINTENANCE AND RETENTION OF PROPER BUSINESS RECORDS REQUIREMENT:    The defendant corporation shall keep the records required to be retained pursuant to regulatory provisions for the period specified in the applicable regulation or for the period of probation whichever is longer.

DISCLOSURE OF CRIMINAL CONDUCT REQUIREMENT:    The defendant corporation is to inform the U.S. Probation Officer of any new conduct similar to the instant offense. A description of the nature, date and time of the incident shall be provided to the U.S. Probation Officer within three days.

NON-DIVESTITURE OF ASSETS REQUIREMENT: The defendant corporation shall not through a change of name, business reorganization, sale or purchase of assets, lease or transfer of assets, divestiture of assets, creation of any commercial entity, or any similar or equivalent action, including but not limited to seeking protection in bankruptcy, seek to avoid the conditions of probation, including but not limited to any compliance program.

PERMISSIBLE SEARCH: The defendant corporation shall submit to a search of its properties and place of business conducted at a reasonable time by the U.S. Probation Officer.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 4

DEFENDANT ORGANIZATION: LANDSTAR TECH COMPANY, LTD.
CASE NUMBER: 10-20246-CR-JORDAN-2

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 400.00   | $    | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

TOTALS    $ _____    $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows: